**STATE OF MONTANA,**
　　　　　　Plaintiff,　　　　　　　　NO. ADC 97-032
vs.　　　　　　　　　　　　　　DECISION
**Frank C. Rodarte,**
　　　　Defendant.

On April 20, 1998, the Defendant was sentenced to the Department of Corrections for a period of five (5) years with two (2) years suspended. Credit is given for time already served, a total of sixteen (16) days.

On August 13, 1998, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Rochelle Wilson. The state was represented by Brant Light.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

86

After careful consideration, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 13th day of August, 1998.

DATED this 1st day of September, 1998.

**Chairman, Hon. Wm. Nels Swandal, Member, Hon. Jeff Langton and Alt. Member, Hon. Robert Boyd.**